IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| THOMAS ALBACH & JENNIFER ALBACH, | § |
| Plaintiffs, | § |
| v. | § CIVIL ACTION NO. G-05-386 |
| DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, VIVIEN ECHETEBU, AND VANESSA PAELICKE, | § |
| Defendants. | § |

## FINAL JUDGMENT

As set forth in the Order Granting Defendants' Motion for Judgment on the Pleadings and Motion to Dismiss, such Motions are hereby **GRANTED**. Any and all claims herein asserted are hereby **DISMISSED WITH PREJUDICE**. All Parties are to bear their own costs, attorney's fees, and expenses incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED.**

DONE this 26th day of August, 2005, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge

-1-